NO. 07-03-0213-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 8, 2004

_____


CHAD STUART JONES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF MONTGOMERY COUNTY;

NO. 02-177738; HONORABLE JERRY WINFREE, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Following his conviction for driving while intoxicated, appellant Chad Stuart Jones perfected this appeal. Pending before this Court is appellant's motion to dismiss the appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request to withdraw the notice of appeal is signed by appellant. No decision of this Court

having been delivered to date, we grant the motion and dismiss the appeal.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.